# Court of Appeals
# of the State of Georgia

ATLANTA, March 02, 2016

*The Court of Appeals hereby passes the following order*

**A16A0908. DEPARTMENT OF TRANSPORTATION v. CAROL Y. REESE et al..**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta, March 02, 2016.*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*